AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ FOR THE  JUDICIAL _____ DISTRICT OF _____ PUERTO RICO _____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CRIMINAL NO. 98-259(SEC) |
| CARLOS HUMBERTO CABRERA-POLO, ET AL. | |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the United States of America.

    RESPECTFULLY SUBMITTED,

    In San Juan, Puerto Rico on this 15th day of November, 2004.

                                                H. S. GARCIA
                                                United States Attorney

                                                */S/ Warren Vázquez*
                                                Warren Vazquez - USDC No. 125413
                                                Attorney for Plaintiff
                                                United States Attorney's Office
                                                Torre Chardón, Suite 1201
                                                350 Carlos Chardón Street
                                                San Juan, Puerto Rico 00918
                                                Tel: (787) 766-5656
                                                Fax: (787) 766-6222
                                                Email: warren.vazquez@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

     At San Juan, Puerto Rico this 15th day of November, 2004.


                                            /S/ *Warren Vázquez*
                                            Attorney for Plaintiff